662

41 So.2d 913
### Coy Lee BAILEY v. STATE.
### 6 Div. 816.

Court of Appeals of Alabama.
July 19, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed, motion of appellant.

42 So.2d 845
### George BAKER v. STATE.
### 4 Div. 109.

Court of Appeals of Alabama.
Nov. 22, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

38 So.2d 196
### Johnnie BARGER v. STATE.
### 2 Div. 787.

Court of Appeals of Alabama.
Nov. 9, 1948.

Jas. A. McCollum, of Tuscaloosa, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

41 So.2d 914
### Johnnie BARGER v. STATE.
### 6 Div. 792.

Court of Appeals of Alabama.
May 3, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

41 So.2d 914
### Thomas BAYLISS, Jr. v. STATE.
### 6 Div. 743.

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

41 So.2d 914
### Thomas BAYLISS, Jr. v. STATE.
### 6 Div. 768.

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.